The **BOARD OF ASSESSMENT APPEALS OF the STATE OF COLORADO; the Board of County Commissioners of the County of Jefferson, Colorado; Judy Cooper Pettit as Jefferson County Assessor; and the State Board of Equalization, Petitioners,**

v.

The **WRITER CORPORATION, Respondent.**

No. 86SC165.

Supreme Court of Colorado, En Banc.

Dec. 15, 1987.

Larry A. Williams, Asst. Atty. Gen., George Theophilos, Asst. Co. Atty., Golden, for petitioners.

Ronald S. Loser, Englewood, for respondent.

### ORDER OF COURT

Upon reconsideration of the Motion for Voluntary Dismissal and no response filed

in the above cause, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that said Motion shall be, and the same hereby is, GRANTED.